NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER SMITH,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D18-307
                                            )
U.S. BANK TRUST, N.A., as                   )
Trustee for LSF9 MASTER                     )
PARTICIPATION TRUST,                        )
                                            )
            Appellee.                       )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa(withdrew after briefing), and Latasha
Scott of Lord Scott, PLLC, Tampa(withdrew
after briefing), for Appellant.

Christopher Smith, pro se.

Daniel S. Stein and Mary Pascal Stella
of Popkin & Rosaler, P.A., Deerfield Beach,
for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., KELLY and SMITH, JJ., Concur.